1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DOUGLAS K. CHANG (HSBN 2922)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
5     Telephone: (415) 436-6985
      Facsimile: (415) 436-7169
6     Email: Douglas.Chang@usdoj.gov

7  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPE HILL, <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendant(s). | Case No. 17-cv-03841 JST <br><br> **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES;** [PROPOSED] **ORDER** |

# STIPULATION

Plaintiff Hope Hill and Defendants United States, et al., hereby stipulate as follows:

    a.    WHEREAS, on July 6, 2017, Plaintiff filed her complaint against Defendants;

    b.    WHEREAS, the Court has set its initial case management conference for October 11, 2017, at 1:30 p.m. (ECF Document No. 12);

    c.    WHEREAS, counsel for the Defendants has a potential conflict on that date as he has been summoned by the San Francisco Superior Court for jury service during the week of October 9, 2017;

    d.    WHEREAS, as a result, the United States requests to continue the case management conference, and associated dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (ECF Document No. 3), and the Plaintiff consents to the continuance;

    e.    WHEREAS, neither party has requested a continuances in this case;

    f.    WHEREAS, the parties do not believe that the requested continuance will have any effect on the schedule for this case;

NOW THEREOFRE, THE PARTIES STIPUPLATE TO THE FOLLOWING CONTINUED DATES:

    1.    **October 11, 2017** is the last day to:

        a.    Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

        b.    File ADR Certification signed by Parties and Counsel; and

        c.    File either Stipulation to ADR Process or Notice of Need of ADR Phone Conference.

    2.    **October 25, 2017** is the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

3. The initial Case Management Conference is set for **November 1, 2017, at 2:00 p.m.** The Joint Case Management Conference Statement is due **October 25, 2017**.

IT IS SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: Aug 31, 2017        By: _____
DOUGLAS K. CHANG
Assistant United States Attorney
Attorneys for Defendants


ORD & NORMAN

Dated: _____       By: _____
EDWARD O.C. ORD, Esq.
CHENG ZHANG, Esq.
Attorneys for Plaintiff

3

Stipulation Continuing Case Management
Conference and Associated Dates
Case No. 17-cv-03841 JST

3. The initial Case Management Conference is set for **November 1, 2017, at 2:00 p.m.** The Joint Case Management Conference Statement is due **October 25, 2017.**

IT IS SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: _____ By: _____
DOUGLAS K. CHANG
Assistant United States Attorney
Attorneys for Defendants

ORD & NORMAN

Dated: Aug 30, 2017 By: *[signature]*
EDWARD O.C. ORD, Esq.
CHENG ZHANG, Esq.
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. **October 11, 2017** is the last day to:

    a. Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

    b. File ADR Certification signed by Parties and Counsel; and

    c. File either Stipulation to ADR Process or Notice of Need of ADR Phone Conference.

2. **October 25, 2017** is the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

3. The initial Case Management Conference is set for **November 1, 2017, at 2:00 p.m.** The Joint Case Management Conference Statement is due **October 25, 2017**.

4. Any dates previously set by the Court that are in conflict with the above dates are hereby superseded and vacated.

IT IS SO ORDERED.

Dated: September 1, 2017

JON S. TIGAR
United States District Judge