# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE HILL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 17-cv-03841-JST<br><br>**ORDER GRANTING STIPULATION TO STAY ALL PROCEEDINGS**<br><br>Re: ECF No. 22 |

The Court grants the parties' stipulation to stay all proceedings pending their attempts to resolve this case without further litigation. ECF No. 22. All deadlines, including the deadline for Defendants to respond to Plaintiff's complaint, are hereby vacated.

The initial case management conference is continued to October 10, 2018, at 2:00 p.m., with a joint case management statement due by October 1, 2018. Any party seeking the Court's assistance before that date may contact the Court's courtroom deputy to request an earlier case management conference.

If the parties reach an amicable resolution, they shall promptly file a stipulation of dismissal. If no party appears on October 10, 2018, and the matter has not already been dismissed, the Court will then dismiss the action with prejudice.

IT IS SO ORDERED.

Dated: October 10, 2017

_____
JON S. TIGAR
United States District Judge