UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE HILL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 17-cv-03841-JST<br><br>**ORDER GRANTING SECOND STIPULATION TO STAY ALL PROCEEDINGS**<br><br>Re: ECF No. 26 |

The Court grants the parties' stipulation to extend the stay of all proceedings pending their continued attempts to resolve this case without further litigation. ECF No. 26.

The initial case management conference is continued to January 23, 2019, at 2:00 p.m., with a joint case management statement due by January 14, 2019. Any party seeking the Court's assistance before that date may contact the Court's courtroom deputy to request an earlier case management conference.

If the parties reach an amicable resolution, they shall promptly file a stipulation of dismissal. If no party appears on January 23, 2019, and the matter has not already been dismissed, the Court will then dismiss the action with prejudice.

**IT IS SO ORDERED.**

Dated: October 2, 2018

_____
JON S. TIGAR
United States District Judge